UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6686-GW(MRWx) | Date | September 14, 2018 |
|---|---|---|---|
| Title | *Tenley Hardin v. Elite Funding Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None Present                                             None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 12, 2018, Plaintiff Tenley Hardin filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for November 15, 2018 at 8:30 a.m. The parties are advised that the hearing will be vacated, and no appearance will be required provided a dismissal is filed by noon on November 14, 2018.

:

Initials of Preparer   JG